# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0016.  DANITTA ROSS v. WELLS FARGO BANK, N.A.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, the defendants appealed to the state court.  On July 14, 2017, the state court entered an order: (i) granting the plaintiff's motions to compel payment of rent and to draw down funds; (ii) directing the defendants to pay into the court registry various amounts, including monthly rent "until the issue of possession is finally decided"; and (iii) denying defendant Danitta Ross's request for W-9 forms. On July 24, 2017, Ross filed the instant application for discretionary appeal in this Court.  We lack jurisdiction for two reasons.

First, this action remains pending before the state court, as the order Ross seeks to appeal is a non-final order that did not resolve all issues in the case.  See *Rivera v. Housing Auth. of Fulton County*, 163 Ga. App. 648, 648 (295 SE2d 336) (1982). Ross therefore was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).  Where, as here, both discretionary and interlocutory appeal procedures apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial court before filing an application.  See *Scruggs*, 261 Ga. at 588-589 (1); see also OCGA § 5-6-35 (a) (11) (an appeal from a state court decision reviewing a magistrate court decision must be initiated by filing an application for discretionary review).  Ross's failure to do so deprives us of jurisdiction over this application.  See *Bailey*, 266 Ga. at 833.

Second, Ross's application is untimely. Although an application for discretionary review generally may be filed within thirty days of entry of the order sought to be appealed, see OCGA § 5-6-35 (d), appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Ross's application is untimely, as it was filed ten days after entry of the state court order she seeks to appeal.

For each of the above reasons, this application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u> 08/22/2017 </u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*